UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL UTAH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>MOUNT SINAI,<br><br>　　　　　　　　　Defendant. | 1:20-CV-4927 (CM)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued September 14, 2020, dismissing this action without prejudice,

　　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $400.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　Plaintiff has consented to electronic service of Court documents. (ECF 2.)

SO ORDERED.

Dated:　September 14, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge